JS - 6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| JOSE CURIEL, | ) | NO. CV 11-9587-CJC(E) |
| Petitioner, | ) | |
| v. | ) | JUDGMENT |
| JAMES WALKER, Warden, | ) | |
| Respondent. | ) | |

Pursuant to the "Order of Dismissal,"

IT IS ADJUDGED that the Petition is denied and dismissed without prejudice.

DATED: November 30, 2011.

_____
CORMAC J. CARNEY
UNITED STATES DISTRICT JUDGE